510

163 A.3d 870

IN THE MATTER OF JONATHAN G. BURNHAM,
AN ATTORNEY AT LAW

June 29, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–320, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **JONATHAN G. BURNHAM**, formerly of **GLEN GARDNER**, who was admitted to the bar of this State in 2001, be disbarred for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence) *RPC* 1.4(b)(failure to keep the client reasonably informed about the status of the matter), *RPC* 1.15(a)(knowing misappropriation of client funds), *RPC* 1.15(b) (failure to safeguard funds), *RPC* 1.16(d)(failure to protect client's interests after termination of representation), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson*, 81 *N.J.* 451, 409 *A.*2d 1153 (1979) and *In re Hollendonner*, 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **JONATHAN G. BURNHAM** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JONATHAN G. BURNHAM** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **JONATHAN G. BURNHAM** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained

by **JONATHAN G. BURNHAM** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **JONATHAN G. BURNHAM** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.